ROBERT C. JAROSH, #6-3497
BILLIE LM ADDLEMAN, #6-3690
ERIN E. BERRY, #7-6063
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Oleg Bakhmatyuk, Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, and TNA Corporate Solutions, LLC, <br><br> Defendants. | Civil Action No. 21-CV-223-F |

## NOTICE OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C. Local Rule 16.4, Plaintiffs hereby notify the Court and opposing parties that the above named civil case is:

_____ NON-COMPLEX     __X__ COMPLEX

Dated: 7 December 2021.

Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC, Plaintiffs,

BY: /s/
ROBERT C. JAROSH, #6-3497
BILLIE L.M. ADDLEMAN, #6-3690
ERIN E. BERRY, #7-6063
OF HIRST APPLEGATE, LLP
Attorneys for Plaintiffs
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com
baddleman@hirstapplegate.com
eberry@hirstapplegate.com