Paula A. Fleck, Bar No. 6-2660
Holland & Hart LLP
645 South Cache Street, Suite 100
Jackson, Wyoming 82001
Tel: (307) 734.4506
Fax: (307) 739-9744
pfleck@hollandhart.com

Jeanifer E. Parsigian (*Pro Hac Vice Pending*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Tel: (415) 591-1469
Fax: (415) 591-1000
jparsigian@winston.com

W. Gordon Dobie *(Pro Hac Vice Pending)*
Emily Kath *(Pro Hac Vice Pending)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700
wdobie@winston.com
ekath@winston.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Oleg Bakhmatyuk, Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, and TNA Corporate Solutions, LLC,<br><br>Defendants. | Civil Action No. 0:21-cv-00223-NDF<br><br>Complaint Filed: December 7, 2021<br><br>Judge: Hon. Nancy D. Freudenthal |

**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties respectfully move this court for an extension of time to respond to the Complaint and hereby stipulate and state as follows:

1.  Plaintiffs filed their Complaint on December 7, 2021.

1

-2-

2. Plaintiffs filed returns of service indicating that Defendants Nicholas Piazza, SP Capital Management LLC, TNA Corporate Solutions LLC and Oleksandr Yaremenko (the "Piazza Defendants") were served with the Complaint on December 8, 2021.

3. According to the returns of service, the deadline for the Piazza Defendants to file a responsive pleading is December 29, 2021.

4. The Piazza Defendants recently engaged counsel from Winston & Strawn LLP and Holland & Hart LLP.

5. To date, Defendant Oleg Bakhmatyuk has not been served. On or about December 22, 2021, a Request for Service Abroad of Judicial or Extrajudicial Documents on Mr. Bakhmatyuk was sent under the Hague Service Convention.

6. Due to their recent retention, the length of the Complaint and the extensive factual background, which involves multiple parties and spans several years, and the intervening holidays, among other things, the Piazza Defendants' counsel requested Plaintiffs' counsel stipulate to additional time for the Piazza Defendants to file a response to the Complaint.

7. As a result of the request, the undersigned parties agree to an extension of the response deadline for the Piazza Defendants that will require a responsive pleading be filed 60 days from the date listed on the returns of service for the Piazza Defendants, with said Defendants agreeing not to contest service of process while reserving all other defenses, including jurisdiction, venue, and forum.

8. The parties agree that the Piazza Defendants shall have until February 7, 2022 to file a response to the Complaint in this action and jointly request an order to this effect.

Dated:  December 28, 2021.

/s/ Paula A. Fleck
Paula A. Fleck, Bar No. 6-2660
HOLLAND & HART LLP
645 South Cache Street, Suite 100
Jackson, Wyoming 82001
Tel: (307) 734-4506
Fax: (307) 739-9744
pfleck@hollandhart.com

W. Gordon Dobie *(Pro Hac Vice Pending)*
Emily Kath *(Pro Hac Vice Pending)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700
WDobie@winston.com
EKath@winston.com

Jeanifer E. Parsigian *(Pro Hac Vice Pending)*
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com

*Attorneys for Defendants Nicholas Piazza, SP Capital Management LLC, and TNA Corporate Solutions LLC, and Oleksandr Yaremenko*

/s/ Robert C. Jarosh
Robert C. Jarosh, #6-3497
Billie LM Addleman, #6-3690
Erin E. Berry, #7-6063
HIRST APPLEGATE, LLP
P.O. Box 1083
Cheyenne, WY 82003-1083
Telephone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com

Ryan M. Philp *(admitted pro hac vice)*
Alan M. Mendelson *(admitted pro hac vice)*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York
Telephone: (212) 918-3000
Fax: (212) 918-3100
ryan.philp@hoganlovells.com

Mark D. Gibson, #7-5495
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Fax: (303) 899-7333
mark.gibson@hoganlovells.com

*Attorneys for Plaintiffs*

### C<small>ERTIFICATE</small> O<small>F</small> S<small>ERVICE</small>

I hereby certify that on the 28th day of December, 2021, I electronically transmitted the foregoing document to the Clerk of Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

Robert C. Jarosh
Billie LM Addleman
Erin E. Berry
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY  82003-1083
(307) 632-0541
rjarosh@hirstapplegate.com

Ryan M. Philp
Alan M. Mendelsohn
Hogan Lovells US LLP
390 Madison Avenue
New York, New York  10017
(212) 918-3000
ryan.philip@hoganlovells.com

Mark D. Gibson
Hogan Lovells US LP
1601 Wewatta Street, Suite 900
Denver, CO  80202
(303) 899-7300
mark.gibson@hoganlovells.com

/s/ Paula A. Fleck

- 1 -

17981269_v2