Paula A. Fleck, WY Bar No. 6-2660
Holland & Hart LLP
645 South Cache Street, Suite 100
Jackson, Wyoming 82001
Tel: (307) 734.4506
Fax: (307) 739-9744
pfleck@hollandhart.com

Jeanifer E. Parsigian (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Tel: (415) 591-1469
Fax: (415) 591-1000
jparsigian@winston.com

W. Gordon Dobie (*Admitted Pro Hac Vice*)
Emily Kath (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700
wdobie@winston.com
ekath@winston.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Oleg Bakhmatyuk, Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, and TNA Corporate Solutions, LLC,<br><br>Defendants. | Civil Action No. 0:21-cv-00223-NDF<br><br>Complaint Filed: December 7, 2021<br><br>Judge: Hon. Nancy D. Freudenthal |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Defendants Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, and TNA Corporate Solutions, LLC (the "Piazza Defendants") respectfully respond to Plaintiffs' Request for Oral Argument as follows:

The Piazza Defendants do not view this as the exceptional case that would require oral argument. The purely legal issues of a motion to dismiss will be fully addressed in the parties' submissions. Defendants believe the Court's usual practice of deciding motions to dismiss on the papers is appropriate here.

Dated: March 14, 2022.

/s/ Paula A. Fleck
Paula A. Fleck, Bar No. 6-2660
HOLLAND & HART LLP
645 South Cache Street, Suite 100
Jackson, Wyoming 82001
Tel: (307) 734-4506
Fax: (307) 739-9744
pfleck@hollandhart.com

W. Gordon Dobie *(Admitted Pro Hac Vice)*
Emily Kath *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700
WDobie@winston.com
EKath@winston.com

Jeanifer E. Parsigian *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
*Attorneys for Defendants Nicholas Piazza, SP Capital Management LLC, and TNA Corporate Solutions LLC, and Oleksandr Yaremenko*

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2022, I electronically transmitted the foregoing document to the Clerk of Court of the U.S. District Court, District of Wyoming, using the CM/ECF system for filing. Based on the records currently on file the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

> Robert C. Jarosh
> Billie L.M. Addleman
> Erin E. Berry
> Hirst Applegate, LLP
> P.O. Box 1083
> Cheyenne, WY 82003-1083
> (307) 632-0541
> rjarosh@hirstapplegate.com
>
> Ryan M. Philp
> Alan M. Mendelsohn
> Daniel J. Petrokas
> Maura C. Allen
> Hogan Lovells US LLP
> 390 Madison Avenue
> New York, New York 10017
> (212) 918-3000
> ryan.philp@hoganlovells.com
>
> Mark D. Gibson
> Hogan Lovells US LP
> 1601 Wewatta Street, Suite 900
> Denver, CO 80202
> (303) 899-7300
> mark.gibson@hoganlovells.com
>
> /s/ Paula A. Fleck, P.C.