# EXHIBIT 2

| | |
|---|---|
| **From:** | Philp, Ryan |
| **Sent:** | Thursday, March 31, 2022 9:16 AM |
| **To:** | Parsigian, Jeanifer; Mendelsohn, Alan M.; Robert C. Jarosh; Dobie, W. Gordon; Paula Fleck |
| **Cc:** | Gibson, Mark D. |
| **Subject:** | RE: Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F |

Jeanifer,

Good morning.  In light of your filing deadline yesterday, we elected to wait until today for your response as a courtesy.  We believe we need to provide the Court with an update, however.  Accordingly, please let us know whether you intend to respond and, if so, please do so today.  We intend to file our status report this afternoon ET.

Thanks,
Ryan

---

**From:** Philp, Ryan
**Sent:** Tuesday, March 29, 2022 2:52 PM
**To:** 'Parsigian, Jeanifer' <JParsigian@winston.com>; Mendelsohn, Alan M. <alan.mendelsohn@hoganlovells.com>; Robert C. Jarosh <RJarosh@hirstapplegate.com>; Dobie, W. Gordon <WDobie@winston.com>; Paula Fleck <PFleck@hollandhart.com>
**Cc:** Gibson, Mark D. <mark.gibson@hoganlovells.com>
**Subject:** RE: Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F

Jeanifer,

Thanks for your time yesterday.  While we appreciate your written response, it does not address all of the outstanding items.  Specifically, we also asked whether (1) the Piazza Defendants, to your knowledge, have been in contact with Mr. Bakhmatyuk recently or during the course of this litigation; (2) Winston & Strawn (or Holland & Hart, for that matter) has been in contact with Mr. Bakhmatyuk recently or during the course of this litigation; and (3) whether the Piazza Defendants or Winston & Strawn were prepared to share an email address or other electronic contact information that has been used to contact Mr. Bakhmatyuk.  You indicated you were not prepared to answer these questions at the time, which we understood, but we asked that you get back to us on those questions by today, in addition to providing the Piazza Defendants' position on the contemplated relief.  Please let us know whether you are willing to respond.  Please also let us know whether the Piazza Defendants and Mr. Bakhmatyuk are proceeding under a joint defense or common interest agreement, whether written or oral.  In the event these issues are discussed with the Court, we believe it is preferable that we know your position in advance to avoid any disputes on the record.  If you prefer to discuss these matters by phone, we are available this afternoon.

Thanks,
Ryan

---

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Tuesday, March 29, 2022 1:16 PM
**To:** Mendelsohn, Alan M. <alan.mendelsohn@hoganlovells.com>; Robert C. Jarosh <RJarosh@hirstapplegate.com>; Philp, Ryan <ryan.philp@hoganlovells.com>; Dobie, W. Gordon <WDobie@winston.com>; Paula Fleck <PFleck@hollandhart.com>

**Cc:** Gibson, Mark D. <mark.gibson@hoganlovells.com>
**Subject:** RE: Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F

**[EXTERNAL]**
Counsel,

Following up on our call yesterday, Piazza Defendants respond as follows:

- Piazza Defendants' position is that Plaintiffs must comply with service rules.
- Piazza Defendants do not object to alternative service of Mr. Bakhmatyuk.
- But, Piazza Defendants do not believe Plaintiffs' proposal to serve Mr. Bakhmatyuk through Winston & Strawn or Piazza Defendants is proper.  Service on a person that a party knows is not service on the party.
- Discovery is not appropriate or necessary here.  Plaintiffs have represented they know the address of Mr. Bakhmatyuk's primary residence and that his notice of absence lasted through March 22 only.

Best,
Jeanifer

**Jeanifer E. Parsigian**
**Partner**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400
winston.com

---

**From:** Mendelsohn, Alan M. <alan.mendelsohn@hoganlovells.com>
**Sent:** Sunday, March 27, 2022 9:04 AM
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Robert C. Jarosh <RJarosh@hirstapplegate.com>; Philp, Ryan <ryan.philp@hoganlovells.com>; Dobie, W. Gordon <WDobie@winston.com>; Paula Fleck <PFleck@hollandhart.com>
**Cc:** Gibson, Mark D. <mark.gibson@hoganlovells.com>
**Subject:** RE: Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F

Counsel,

I sent out a calendar invitation and dial-in for 3PM ET / 12 PM PT tomorrow.

Best,
Alan

---

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Friday, March 25, 2022 4:49 PM
**To:** Robert C. Jarosh <RJarosh@hirstapplegate.com>; Philp, Ryan <ryan.philp@hoganlovells.com>; Dobie, W. Gordon <WDobie@winston.com>; Paula Fleck <PFleck@hollandhart.com>
**Cc:** Mendelsohn, Alan M. <alan.mendelsohn@hoganlovells.com>; Gibson, Mark D. <mark.gibson@hoganlovells.com>
**Subject:** RE: Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F

**[EXTERNAL]**
Ryan,

I'm available on Monday between 12-1 PT or after 2 PT.  If you could circulate a dial-in for one of those times, that would be great.

**Jeanifer E. Parsigian**
**Partner**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400
winston.com

---

**From:** Robert C. Jarosh <RJarosh@hirstapplegate.com>
**Sent:** Friday, March 25, 2022 12:58 PM
**To:** Philp, Ryan <ryan.philp@hoganlovells.com>; Dobie, W. Gordon <WDobie@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Paula Fleck <PFleck@hollandhart.com>
**Cc:** Mendelsohn, Alan M. <alan.mendelsohn@hoganlovells.com>; Gibson, Mark D. <mark.gibson@hoganlovells.com>
**Subject:** RE: Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F

Ryan:

I'm available all day Monday.

*Robert C. Jarosh*
Hirst Applegate, LLP
1720 Carey Ave., Suite 400
Cheyenne, WY 82001
Phone: 307/632-0541 • Fax: 307/632-4999
Email: rjarosh@hirstapplegate.com
Website: www.hirstapplegate.com

**HIRST APPLEGATE** Wyoming Attorneys

CONFIDENTIALITY NOTICE:  The information contained in this transmission is attorney/client privileged or is otherwise confidential and intended only for the person named above. If you are not the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please permanently delete it and immediately notify the sender at the telephone number noted above.

---

**From:** Philp, Ryan <ryan.philp@hoganlovells.com>
**Sent:** Friday, March 25, 2022 1:34 PM
**To:** Dobie, W. Gordon <WDobie@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Paula Fleck <PFleck@hollandhart.com>
**Cc:** Robert C. Jarosh <RJarosh@hirstapplegate.com>; Mendelsohn, Alan M. <alan.mendelsohn@hoganlovells.com>; Gibson, Mark D. <mark.gibson@hoganlovells.com>
**Subject:** RE: Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F

CAUTION: This email originated from outside Hirst Applegate. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have any doubts, forward the email as an attachment to kkranz@hirstapplegate.com.

3

Counsel,

I'm following up on my email.  Please let us know your availability on Monday.

Thanks,
Ryan

---

**From:** Philp, Ryan
**Sent:** Thursday, March 24, 2022 3:51 PM
**To:** Dobie, W. Gordon <WDobie@winston.com>; 'Parsigian, Jeanifer' <JParsigian@winston.com>; Paula Fleck <PFleck@hollandhart.com>
**Cc:** 'Robert C. Jarosh' <RJarosh@hirstapplegate.com>; Mendelsohn, Alan M. <alan.mendelsohn@hoganlovells.com>; Gibson, Mark D. <mark.gibson@hoganlovells.com>
**Subject:** Gramercy Distressed Opportunity Fund II, L.P., et al. v. Oleg Bakhmatyuk, et al., Civil Action No. 71-cv-223-F

Counsel,

Next week, we intend to file another status report apprising the Court of the status of our efforts to serve Mr. Bakhmatyuk in Austria through the Hague Convention.  As part of that submission, we intend to request, and/or indicate our intention to promptly request, certain relief, including an order permitting alternative service on Mr. Bakhmatyuk pursuant to Fed. R. Civ. P. 4(f)(3).  We likewise likely will invite a conference with the Court in the event the Court believes it would be productive.  In advance of our submission, we believe it would be prudent to have a discussion among counsel.  Accordingly, please let us know your availability to meet-and-confer tomorrow or Monday morning.  We currently are free both days after noon ET.

Thanks,
Ryan

**Ryan Philp**
Partner

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:       +1 212 918 3000
Direct:  +1 212 918 3034
Fax:      +1 212 918 3100
Email:   ryan.philp@hoganlovells.com
            www.hoganlovells.com

---

If you would like to know more about how we are managing the impact of the COVID-19 pandemic on our firm then take a look at our brief Q&A. If you would like to know more about how to handle the COVID-19 issues facing your business then take a look at our information hub.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.