# EXHIBIT B

FILED
United States Court of Appeals
Tenth Circuit

May 26, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

GRAMERCY DISTRESSED
OPPORTUNITY FUND II L.P., et al.,

    Plaintiffs - Appellees,

v.

NICHOLAS PIAZZA, et al.,

    Defendants - Appellants,

and

OLEG BAKHMATYUK,

    Defendant.

No. 22-8050
(D.C. No. 2:21-CV-00223-NDF)
(D. Wyo.)

---

GRAMERCY DISTRESSED
OPPORTUNITY FUND II L.P., et al.,

    Plaintiffs - Appellees,

v.

OLEG BAKHMATYUK

    Defendant - Appellant,

and

NICHOLAS PIAZZA, et al.,

    Defendants.

No. 22-8063
(D.C. No. 2:21-CV-00223-NDF)
(D. Wyo.)

---

**ORDER**

Before **HARTZ**, **McHUGH**, and **CARSON**, Circuit Judges.

This matter is before the court on appellants' Petition for Rehearing En Banc. The court directs the appellees' to file a response to the petition on or before June 9, 2023.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk