**ROBERT C. JAROSH, #6-3497**
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Oleg Bakhmatyuk, Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, and TNA Corporate Solutions, LLC,<br><br>Defendants. | Civil Action No. 21-cv-00223-NDF |

## *NOTICE OF WITHDRAWAL OF PRO HAC VICE APPEARANCE OF DANIEL PETROKAS, MAURA ALLEN AND DAVID MICHAELI*

Robert C. Jarosh, counsel for Plaintiffs, hereby gives notice that attorneys Daniel Petrokas, Maura Allen and David Michaeli withdraw their appearance as pro hac vice counsel for Plaintiffs. Plaintiffs will continue to be represented by Ryan Philp, Alan Mendelsohn, Robert C. Jarosh, Billie Addleman and Erin Berry.

Date: September 12, 2023.

BY: */s/Robert C. Jarosh*
**ROBERT C. JAROSH, #6-3497**
**BILLIE LM ADDLEMAN, #6-3690**
**ERIN E. BERRY, #7-6063**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

**RYAN M. PHILP (***admitted pro hac vice***)**
**ALAN M. MENDELSOHN** *(admitted pro hac vice)*
ALSTON & BIRD
90 Park Avenue
New York, NY 10016
Phone:  212-905-9036
Ryan.Philp@alston.com
Alan.Mendelsohn@alston.com

## CERTIFICATE OF SERVICE

I certify that on the 12 day of September 2023, a copy of the foregoing ***NOTICE OF WITHDRAWAL OF PRO HAC VICE APPEARANCE OF DANIEL PETROKAS, MAURA ALLEN AND DAVID MICHAELI*** was served upon all parties to this action via CM/ECF.

s/Shannon M. Ward
OF HIRST APPLEGATE, LLP
Attorneys for Plaintiffs