# EXHIBIT 6



# Client Valuation

**From 01/01/2018 To 31/12/2018**

Ref: CLN00001803

**CLIENT**

## SP Capital Management LLC

**Dolfin Financial UK Ltd**

77 Coleman Street
London
EC2R 5BT

+44 203 700 3888
info@dolfin.com
www.dolfin.com

**RELATIONSHIP MANAGER**

**Alex Bell**

Authorised and regulated by the UK
Financial Conduct Authority
(No. 07431519)

# DOLFIN

**Client Valuation**
From 01/01/2018 to 31/12/2018

**SP Capital Management LLC**
Execution Only

**Client Currency**
USD

**Portfolio Reference**
1803_X

## Portfolio Overview

| Portfolio Type | Portfolio | Portfolio Reference | Currency | Portfolio Value (Local) | Portfolio Value (Base) | % Total |
|---|---|---|---|---|---|---|
| Execution Only | SP Capital Management LLC | 1803_X | USD | 4,346,411.07 | 4,346,411.07 | 100.00% |
| **Total** | | | | | **4,346,411.07** | **100.00%** |



### Asset Allocation

| | Market Value | |
|---|---|---|
| Bonds | 3,759,490.63 | 86.50% |
| Equity | 583,597.84 | 13.43% |
| Cash | 3,322.60 | 0.08% |
| **Total** | **4,346,411.07** | |

### Geographical Allocation

| | Market Value | |
|---|---|---|
| Europe | 3,759,490.63 | 86.50% |
| North America | 583,597.84 | 13.43% |
| Cash | 3,322.60 | 0.08% |
| **Total** | **4,346,411.07** | |

### Currency

| | Market Value | |
|---|---|---|
| USD | 4,346,411.07 | 100.00% |
| **Total** | **4,346,411.07** | |

# DOLFIN

**Client Valuation**
From 01/01/2018 to 31/12/2018

**SP Capital Management LLC**
Execution Only

**Client Currency**
USD

**Portfolio Reference**
1803_X

## Portfolio Overview

| Portfolio Type | Portfolio | Portfolio Reference | Currency | Portfolio Value (Local) | Portfolio Value (Base) | % Total |
|---|---|---|---|---|---|---|
| Execution Only | SP Capital Management LLC | 1803_X | USD | 4,346,411.07 | 4,346,411.07 | 100.00% |
| **Total** | | | | | **4,346,411.07** | |



### Sector Allocation

| | Market Value | |
|---|---|---|
| Consumer Staples | 3,906,782.29 | 89.89% |
| Other | 436,306.19 | 10.04% |
| Cash | 3,322.60 | 0.08% |
| **Total** | **4,346,411.07** | |

### Rating Breakdown

| | Market Value | |
|---|---|---|
| NR | 3,759,490.63 | 100.00% |
| **Total** | **3,759,490.63** | |

### Maturity

| | Market Value |
|---|---|
| < 1 year | 3,323,184.45 | 88.39% |
| 1-2 years | 436,306.19 | 11.61% |
| **Total** | **3,759,490.63** | |

# DOLFIN

| Client Valuation<br>From 01/01/2018 to 31/12/2018 | SP Capital Management LLC<br>Execution Only | Client Currency<br>USD | Portfolio Reference<br>1803_X |

## Cash Balances

| | CCY | Quantity | Portfolio Weight | Market Value (Local Currency) | Market Value (Portfolio Currency) - USD |
|---|---|---|---|---|---|
| **CASH** | | | | | |
| USD | USD | 3,322.60 | 0.08% | 3,322.60 | 3,322.60 |
| **Totals for Cash** | | | **0.08%** | | **3,322.60** |
| **Available Balance** | | | | | **3,322.60** |

# DOLFIN

**Client Valuation**
From 01/01/2018 to 31/12/2018

SP Capital Management LLC
Execution Only

Client Currency
USD

Portfolio Reference
1803_X

## Bond Holdings

| BONDS | CCY | Quantity | Portfolio Weight | Price | Local Currency ||||| Portfolio Currency - USD ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Current Book Cost | Accruals | Market Value | Gain/Loss | Current Book Cost | Accruals | Market Value | Gain/Loss |
| **CORPORATE BONDS** | | | | | | | | | | | | |
| AVINPU 10 10/29/18 XS0553088708 | USD | 14,453,376.00 | 76.46% | 21.298000 | 2,026,693.60 | 244,904.43 | 3,323,184.45 | 63.97% | 2,026,693.60 | 244,904.43 | 3,323,184.45 | 63.97% |
| UKRLAN 10 7/8 03/26/18 XS0908502452 | USD | 3,207,662.00 | 10.04% | 13.602000 | 449,970.83 | 0.00 | 436,306.19 | (3.04%) | 449,970.83 | 0.00 | 436,306.19 | (3.04%) |
| **Totals for Corporate Bonds** | | | 86.50% | | 2,476,664.43 | | 3,759,490.63 | | 2,476,664.43 | | 3,759,490.63 | |
| **Totals for Bonds** | | | | | 2,476,664.43 | | 3,759,490.63 | | 2,476,664.43 | | 3,759,490.63 | |



# Equity Valuation

**Client Valuation**
From 01/01/2018 to 31/12/2018

**SP Capital Management LLC**
Execution Only

**Client Currency**
USD

**Portfolio Reference**
1803_X

| EQUITY | CCY | Quantity | Portfolio Weight | Price | Local Currency | | | | Portfolio Currency - USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Book Cost | Market Value | | Gain/Loss | Book Cost | Market Value | Gain/Loss |
| **OTHER** | | | | | | | | | | | |
| AVANGARDCO INVESTM-REG S GDR US05349V2097 | USD | 2,084,278.00 | 13.43% | 0.28 | 666,576.82 | 583,597.84 | | (12.45%) | 666,576.82 | 583,597.84 | (12.45%) |
| **Totals for Other** | | | **13.43%** | | **666,576.82** | **583,597.84** | | | **666,576.82** | **583,597.84** | |
| **Totals for Equity** | | | | | | | | | **666,576.82** | **583,597.84** | |

# DOLFIN

| | SP Capital Management LLC<br>Execution Only | Client Currency<br>USD | Portfolio Reference<br>1803_X |
|---|---|---|---|
| Client Valuation<br>From 01/01/2018 to 31/12/2018 | | | |

## Cash Movements

### USD

| Trade Date | Value Date | Transaction Description | ISIN | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 01/01/2018 | | Opening Balance | | | | 0.00 |
| **USD SETTLED TRANSACTIONS** | | | | | | |
| 03/10/2018 | 03/10/2018 | Cash In [ACC-116190] Funds received from SP CAPITAL MANAGEMENT | | 2,000.00 | | 2,000.00 |
| 09/10/2018 | 09/10/2018 | Equities Buy, [EQ-0011564], AVANGARDCO INVESTM-REG S GDR | US05349V2097 | | 439.80 | 1,560.20 |
| 09/10/2018 | 09/10/2018 | Equities Buy, [EQ-0011565], AVANGARDCO INVESTM-REG S GDR | US05349V2097 | | 1,100.62 | 459.58 |
| 17/10/2018 | 17/10/2018 | Cash In [ACC-117981] Funds received from SP CAPITAL MANAGEMENT | | 6,000.00 | | 6,459.58 |
| 19/10/2018 | 19/10/2018 | Equities Buy, [EQ-0011731], AVANGARDCO INVESTM-REG S GDR | US05349V2097 | | 114.48 | 6,345.10 |
| 22/10/2018 | 22/10/2018 | Cash In [ACC-118358] Funds received from SP CAPITAL MANAGEMENT | | 248,290.18 | | 254,635.28 |
| 22/10/2018 | 22/10/2018 | Equities Buy, [EQ-0011842], AVANGARDCO INVESTM-REG S GDR | US05349V2097 | | 4,602.38 | 250,032.90 |
| 25/10/2018 | 25/10/2018 | Bond Buy, [BND-066094], AVINPU 10 10/29/18 | XS0553088708 | | 248,228.32 | 1,804.58 |
| 30/10/2018 | 30/10/2018 | Equities Buy, [EQ-0012124], AVANGARDCO INVESTM-REG S GDR | US05349V2097 | | 483.06 | 1,321.52 |
| 02/11/2018 | 02/11/2018 | Cash In [ACC-119520] Funds received from SP CAPITAL MANAGEMENT | | 2,230,437.19 | | 2,231,758.71 |
| 05/11/2018 | 05/11/2018 | Bond Buy, [BND-066231], UKRLAN 10 7/8 03/26/18 | XS0908502452 | | 449,970.83 | 1,781,787.88 |
| 05/11/2018 | 05/11/2018 | Bond Buy, [BND-066232], AVINPU 10 10/29/18 | XS0553088708 | | 1,778,465.28 | 3,322.60 |
| | | **Closing Balance** | | | | **3,322.60** |

| Available Cash | USD 3,322.60 |
|---|---|



# DOLFIN

**Client Valuation**
From 01/01/2018 to 31/12/2018

**SP Capital Management LLC**
Execution Only

**Client Currency**
USD

**Portfolio Reference**
1803_X

## Trade Activity

| Transaction Type | Trade Date | Value Date | Trade Ref | Narrative | ISIN | Nominal | CCY | Price | Total Charges | Accrual | Consideration |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUY | 04/10/2018 | 08/10/2018 | EQ-0011564 | 1,459 AVANGARDCO INVESTM-REG S GDR @ USD 0.3 | US05349V2097 | 1,459 | USD | 0.30 | 2.10 | 0.00 | 439.80 |
| BUY | 04/10/2018 | 08/10/2018 | EQ-0011565 | 3,423 AVANGARDCO INVESTM-REG S GDR @ USD 0.32 | US05349V2097 | 3,423 | USD | 0.32 | 5.26 | 0.00 | 1,100.62 |
| BUY | 12/10/2018 | 16/10/2018 | EQ-0011731 | 422 AVANGARDCO INVESTM-REG S GDR @ USD 0.27 | US05349V2097 | 422 | USD | 0.27 | 0.54 | 0.00 | 114.48 |
| BUY | 17/10/2018 | 19/10/2018 | EQ-0011842 | 15,268 AVANGARDCO INVESTM-REG S GDR @ USD 0.3 | US05349V2097 | 15,268 | USD | 0.30 | 21.98 | 0.00 | 4,602.38 |
| BUY | 23/10/2018 | 25/10/2018 | BND-066094 | 1,769,079 AVINPU 10 10/29/18 @ USD 14 | XS0553088708 | 1,769,079 | USD | 14.00 | 557.26 | 0.00 | 248,228.32 |
| BUY | 25/10/2018 | 29/10/2018 | EQ-0012124 | 1,717 AVANGARDCO INVESTM-REG S GDR @ USD 0.28 | US05349V2097 | 1,717 | USD | 0.28 | 2.30 | 0.00 | 483.06 |
| BUY | 01/11/2018 | 05/11/2018 | BND-066232 | 12,684,297 AVINPU 10 10/29/18 @ USD 14 | XS0553088708 | 12,684,297 | USD | 14.00 | 2,663.70 | 0.00 | 1,778,465.28 |
| BUY | 01/11/2018 | 05/11/2018 | BND-066231 | 3,207,662 UKRLAN 10 7/8 03/26/18 @ USD 14 | XS0908502452 | 3,207,662 | USD | 14.00 | 898.15 | 0.00 | 449,970.83 |

**DOLFIN**

Client Valuation
From 01/01/2018 to 31/12/2018

SP Capital Management LLC
Execution Only

Client Currency
USD

Portfolio Reference
1803_X

## RECEIVE FREE/DELIVER FREE

| Type | Trade Date | Value Date | Trade reference | Narrative | ISIN | Nominal | Deal CCY |
|---|---|---|---|---|---|---|---|
| Receive Free | 11/10/2018 | 11/10/2018 | RF-0011435 | Receive Free 2061989 AVANGARDCO INVESTM-REG S GDR @ USD 0.32 | US05349V2097 | 2,061,989.00 | USD |

**DOLFIN**

**Client Valuation**
From 01/01/2018 to 31/12/2018

**SP Capital Management LLC**
Execution Only

**Client Currency**
USD

**Portfolio Reference**
1803_X

## Disclaimer

### Wording for Client Valuation (Basis on which this statement is provided:)

This statement is issued by Dolfin Financial (UK) Ltd ("Dolfin") which is authorised and regulated by the Financial Conduct Authority. It is important that you examine this statement carefully and report any error or discrepancy in writing to your Dolfin Relationship Manager as soon as possible. Unless you give us notice of any exception or objection to any of the matters contained in this statement, you shall be deemed to have approved the statement and authorised any transactions shown in the statement. For further details, please see the Dolfin terms and conditions of business.

This statement is intended to provide you with an appropriate level of detail of the assets we hold on your behalf. Any transaction activity described in this statement does not supersede the information in the confirmation or contract note for such transaction which will have been provided to you separately.

This statement and its contents are addressed only to the intended recipients and should be kept private and confidential at all times. Any disclosure, copying and circulation of this statement or its contents is prohibited without Dolfin's consent.

### Important Notes :

Prices are as at market close on the valuation date or the latest available price where up-to-date prices are unavailable at the time of production. Variations in market conditions will mean that the prices shown in this statement do not necessarily reflect realisable values at the time you receive the statement.

In preparing this statement, we endeavour to use the most up-to-date information available to us from sources that we reasonably believe to be reliable. Such information has not been independently verified and we make no representation as to the accuracy or completeness of such information.

We accept no liability for any loss arising from inaccuracies in such information or any reliance placed on such information. Where performance figures are given, you are reminded that past performance is not a reliable indicator of future returns. Investments, or income from them, can go down as well as up and you may not necessarily get back any of the amount you invested. There is no guarantee that the future value of investments will exceed the original capital invested.

This statement is not a tax document. Acquisition cost and other income related estimates are provided for your convenience and are for information purposes only. For tax reporting, you should rely on your official tax documents. Transactions which may involve tax considerations should be reviewed with your accountant or other independent tax adviser.

If there have been any changes in your financial circumstances or contact information, please contact your Dolfin Relationship Manager promptly.