Paula A. Fleck P.C., WY State Bar No. 6-2660
Bryson C. Smith, WY State Bar No. 7-6199
HOLLAND & HART LLP
645 South Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 734-9741
pfleck@hollandhart.com
bcsmith@hollandhart.com

Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2020 Carey Ave, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
JSPope@hollandhart.com

Gregory E. Goldberg (admitted *pro hac vice*)
Christopher M. Jackson (admitted *pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3291
Telephone: (303) 295-8000
GGoldberg@hollandandhart.com
cmjackson@hollandandhart.com

Jeanifer E. Parsigian (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1469
Facsimile: (415) 591-1000
jparsigian@winston.com

W. Gordon Dobie (admitted *pro hac vice*)
Emily N. Kath (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
wdobie@winston.com
ekath@winston.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>Oleg Bakhmatyuk, Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, and TNA Corporate Solutions, LLC,<br><br>            Defendants. | Civil Action No. 21-cv-00223-KHR |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS

Emily Kath, co-counsel for Defendants, hereby notifies the Court of her withdrawal from representation of Defendants in this matter, pursuant to the Local Rules of the U.S. District Court of Wyoming. U.S.D.C.L.R. 84.3(c).

1. Emily Kath will be leaving her employment with Winston and Strawn as of August 9, 2024. Therefore, good cause exists for Ms. Kath to withdraw from representation in this matter.

2. The above-captioned counsel will continue to represent Defendants in this matter as counsel of record.

3. Defendants consent to Ms. Kath's withdrawal from representation, and representation of Defendants' interests will continue through the above-captioned counsel. This Notice complies with Local Rule 84.3(c).

WHEREFORE, undersigned counsel, Emily Kath, respectfully notifies this Court and all counsel of her withdrawal from representation of Defendants in this matter.

Dated this 8th day of August, 2024.

    /s/   Emily Kath
Emily Kath (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Fax: (312) 558-5700
EKath@winston.com

Paula A. Fleck, P.C., WY State Bar # 6-2660
Bryson C. Smith, WY State Bar # 7-6199
HOLLAND & HART LLP
645 South Cache Street, Suite 100
P. O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com
bcsmith@hollandhart.com

Jeffrey S. Pope, WY State Bar # 7-4859
HOLLAND & HART LLP
2020 Carey Ave
Suite 800
Cheyenne, WY 82001
Telephone: (307) 778-4200
Fax: (307) 778-8175
jspope@hollandhart.com

W. Gordon Dobie (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Fax: (312) 558-5700
WDobie@winston.com

Jeanifer E. Parsigian (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel for the parties via the email addresses recorded with the Court.

                                                             /s/ Emily Kath
                                                            Emily Kath (admitted *pro hac vice*)

32575481_v1