Jeffrey Pope, WY S.B. No. 7-4859
Bryson C. Smith, WY S.B. No. 7-6199
HOLLAND & HART LLP
645 South Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 734-9741
Facsimile: (307) 739-9744
jspope@hollandhart.com
bcsmith@hollandhart.com

Greg Goldberg
Christopher Jackson
HOLLAND & HART LLP
557 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295 - 8099
Facsimile: (303) 668 - 7524
ggoldberg@hollandhart.com
cmjcakson@hollandhart.com

W. Gordon Dobie (*Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
wdobie@winston.com

Jeanifer E. Parsigian (*Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1469
Facsimile: (415) 591-1000
jparsigian@winston.com

*Attorneys for Defendants Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, TNA Corporate Solutions, LLC, and Oleg Bakhmatyuk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, and TNA Corporate Solutions, LLC, and Oleg Bakhmatyuk<br><br>    Defendants. | Civil Action No. 0:21-cv-00223-NDF<br><br>Judge: Hon. Kelly Rankin |

**STIPULATED MOTION OF VOLUNTARY DISMISSAL WITH PREJDUICE**

WHEREAS, the parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their Stipulation of Dismissal with prejudice:

1. This Stipulation of Dismissal with prejudice is made and entered between Plaintiffs Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC, and Defendants Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, TNA Corporate Solutions, LLC, and Oleg Bakhmatyuk (collectively, the "Parties").

2. The Parties have reached an agreement to resolve all Plaintiffs' claims against Defendants in the above-captioned case.

3. Therefore, with all matters having been resolved between Plaintiffs Gramercy Distressed Opportunity Fund II, L.P., Gramercy Distressed Opportunity Fund III, L.P., Gramercy Distressed Opportunity Fund III-A, L.P., Gramercy Funds Management LLC, Gramercy EM Credit Total Return Fund, and Roehampton Partners LLC, and Defendants Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, TNA Corporate Solutions, LLC, and Oleg Bakhmatyuk, and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and agree to the dismissal, with prejudice, of the Plaintiffs' claims against Defendants in the above-referenced case, with all parties bearing their own attorneys' fees and costs.

DATED  2 October 2024.

W. Gordon Dobie *(Pro Hae Vice)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
wdobie@winston.com
ekath@winston.com


Jeanifer E. Parsigian
*(Pro Hae Vice)*
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1469
Facsimile: (415) 591-I000
jparsigian@winston.com

BY:  /s/ Jeffrey Pope
Jeffrey Pope, WY S.B. No. 7-4859
Bryson C. Smith, WY S.B. No. 7-6199
HOLLAND & HART LLP
645 South Cache Street, Suite I00
P.O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 734-9741
Facsimile: (307) 739-9744
jspope@hollandhart.com
bcsmith@hollandhart.com

Greg Goldberg HOLLAND & HART LLP
557 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295 - 8099
Facsimile: (303) 668 - 7524
ggoldberg@hollandhart.com

*Attorneys for Defendants Nicholas Piazza, SP Capital Management, LLC, Oleksandr Yaremenko, TNA Corporate Solutions, LLC, and Oleg Bakhmatyuk*


BY:  /s/ Billie LM Addleman
Billie LM Addleman #6-3690
Erin E. Berry, #7-6063
Hirst Applegate, LLP
P. 0. Box 1083 Cheyenne, WY 82003-1083
Phone: (307) 632-0541  Fax: (307) 632-4999
baddleman@hirstapplegate.com
eberry@hirstapplegate.com

Ryan M. Philp (admitted pro hac vice)
Alan M. Mendelsohn (admitted pro hac vice)
Kristen C. Kuan (admitted pro hac vice)
Alston & Bird 90 Park Avenue
New York, New York 10016
T. (212) 210-9400